**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BRUCE A. FRIEDMAN | ) | Case No. 25-18324-JGR |
| | ) | |
| Debtor. | ) | |
| | ) | Chapter 7 |
| | ) | |
| | ) | |
| FIRST WESTERN TRUST BANK AS | ) | |
| CONSERVATOR FOR SUE A. FRIEDMAN; | ) | Adv. No. 26-01064-JGR |
| FIRST WESTERN TRUST BANK AS | ) | |
| SUCCESSOR TRUSTEE OF THE SUE | ) | |
| FRIEDMAN TRUST, UAD 10/12/99, AS | ) | |
| AMENDED; FIRST WESTERN TRUST | ) | |
| BANK AS SUCCESSOR TRUSTEE OF THE | ) | |
| SOPHIE FRIEDMAN 1981 EXEMPT TRUST | ) | |
| FBO SUE FRIEDMAN; FIRST WESTERN | ) | |
| TRUST BANK AS SUCCESSOR TRUSTEE | ) | |
| OF THE SOPHIE FRIEDMAN 1981 NON- | ) | |
| EXEMPT TRUST FBO SUE FRIEDMAN; | ) | |
| FIRST WESTERN TRUST BANK AS | ) | |
| SUCCESSOR TRUSTEE OF THE JACK | ) | |
| FRIEDMAN TRUST DATED 12/10/74, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRUCE A. FRIEDMAN | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT OF NON-DISCHARGEABLE DEBT**

Plaintiff First Western Trust ("**First Western**"), as Conservator for Sue A. Friedman and as Successor Trustee of each of the Sue Friedman Trust UAD 10/12/99, as amended, the Sophie Friedman 1981 Exempt Trust fbo Sue Friedman, the Sophie Friedman 1981 Non-Exempt Trust fbo Sue Friedman and the Jack Friedman Trust dated 12/10/1974 fbo Sue Friedman (collectively, the "**Friedman Trusts**") having filed a Complaint seeking to have the Stipulated Amended Judgment entered in Case No. PB2012-050537, Superior Court of Arizona, Maricopa County, determined to be Non-Dischargeable (the "Probate Court Judgment"), and Defendant and Debtor Bruce A. Friedman having agreed to stipulate to entry of a non-dischargeable judgment based on the Probate Court Judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED approving the Stipulation for Entry of a Non-Dischargeable Judgment;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that a non-dischargeable judgment be entered in favor of Plaintiff, the Friedman Trusts, and against Defendant Bruce A. Friedman based on the Probate Court Judgment (the "Non-Dischargeable Judgment");

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Non-Dischargeable Judgment is Non-Dischargeable and shall be fully enforceable according to its terms, including, but not limited to,

A. the payment of $3,862,676.00, plus interest at 7.25% per annum from December 12, 2022, until paid;

B. the payment of $513,522.08, plus interest at 7.25% per annum from August 9, 2023, until paid; and

2

C. for Plaintiff's reasonable post-judgment attorneys' fees, litigation expenses, and taxable costs incurred in the collection of the respective amounts awarded herein, as may be applied for and awarded by the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that there is no just reason for delay in entering judgment against Defendant Bruce A. Friedman, and the Court hereby directs entry of a final judgment in this matter as to Defendant Bruce A. Friedman; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this judgment is non-dischargeable debt pursuant to 11 U.S.C. § 523(a)(4) and 11 U.S.C § 523(a)(6).

DATED this 24th day of July, 2026:

BY THE COURT

_____

Joseph G. Rosania, Jr.
United States Bankruptcy Judge